# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SUBRINA PARKER, Individually and on behalf of all those similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-07-2872 |
| WORLD FINANCE CORPORATION OF TEXAS, d/b/a World Finance, *et al.*, | § § § § | |
| Defendants. | § | |

## AGREED ORDER OF STAY AND REFERRAL TO ARBITRATION

The parties have filed a stipulation to refer this case to arbitration and stay the litigation pending that arbitration. The parties are ordered to proceed to arbitration before a single arbitrator at the American Arbitration Association under the Commercial Arbitration Rules, the Consumer Due Process Protocol, and the Consumer-Related Disputes Supplementary Procedures of the American Arbitration Association, pursuant to the terms of the arbitration agreement.

This case is stayed and administratively closed pending completion of the arbitration. The case may be reinstated to the active docket and the stay may be lifted by motion filed within ten days after the arbitration is concluded.

SIGNED on December 11, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge